UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE LOUIS SMITH III,<br><br>    Plaintiff,<br><br>v.<br><br>BELINDA D. STEWART, *et al.*,<br><br>    Defendants. | CASE NO. C19-5096 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 54. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The motion to dismiss filed by named Defendants other than Defendant Taylor is **GRANTED in part and DENIED in part** as stated in the R&R.

(3) Defendants' motion to strike Plaintiff's overlength response, Dkt. 52, is **DENIED.**

Dated this 10th day of October, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER